JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MENDEL BEKER,<br>  a.k.a. Mikhail Lvovich,<br>  a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | Case No. CR 07-0765 MHP (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES ADDITIONAL TIME TO RESPOND AND REPLY TO DEFENDANTS' MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>Hearing Date: March 19, 2010<br>Time: 10:30 a.m.<br>Place: Courtroom B, 15th Floor |

1.  The United States requires additional time in order to obtain information from the United States' Office of International Affairs and the Canadian International Assistant Group. That information is necessary to respond to the defendants' Motion to Modify Conditions of Release. The United States has conferred with defense counsel, both of whom agree that the United States may file its Opposition to Defendant's Motion To Modify The Conditions Of Release on March 15, 2010, rather than March 11, 2010.

2.  Counsel for both defendants have, in turn, requested that their replies to the United States' opposition be permitted to be filed no later than March 18, 2010 at 10 a.m. The United States agrees to the defendants' request.

//

Stip & [Proposed] Order: 07-0765 MHP (EMC) Page 1

3. The parties stipulate to the following schedule:

    Government's Opposition due: March 15, 2010

    Defendants' Reply due: March 18, 2010 by 10 a.m.

    Hearing date: March 19, 2010 at 10:30 a.m.

IT IS SO STIPULATED.

March 11, 2010
DATED

/s/
JEANE HAMILTON
Attorney
U.S. Department of Justice, Antitrust Divn.

March 11, 2010
DATED

/s/
JONATHAN HOWDEN
Counsel for Mendel Beker

March 11, 2010
DATED

/s/
WILLIAM OSTERHOUDT
Counsel for Arie Prilik

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED

HONORABLE EDWARD M. CHEN
United States Magistrate Court Judge
Northern District of California