JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
E-Mail: david.ward@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR 07-0765 MHP (EMC) |
| )  Plaintiff,                  ) | |
| v.                             ) | MOTION TO FILE ATTACHMENTS TO DECLARATION OF DAVID J. WARD UNDER SEAL AND [PROPOSED] ORDER |
| MENDEL BEKER,                  ) | |
| a.k.a. Mikhail Lvovich,        ) | |
| a.k.a. Michael Beker,          ) | |
| ARIE PRILIK and                ) | |
| NEWCON INTERNATIONAL LTD.      ) | |
| Defendants.                    ) | |

The United States moves under Civil Local Rules 7-10 and 79-5 for leave to file under seal the attachments filed with the Declaration of David J. Ward filed in support of the Government's Opposition to the Defendants' Motion for Modification of Conditions of Release.

This motion is made on the grounds that the attachments include documents covered by the Interim Stipulated Protective Order signed by the Honorable Marilyn Hall Patel on March 4, 2010, and as required by the Protective Order, are to be filed under seal.

The United States therefore requests that this Court permit it to file under seal attachments filed with the Declaration of David J. Ward filed in support of the Government's Opposition to the Defendants' Motion for Modification of Conditions of Release.

*MOTION TO SEAL AND [PROPOSED]
ORDER* [CR 07-0765 MHP (EMC)]

1
2  Dated:  March 15, 2010
3                                                                  Respectfully submitted,
4                                                                  _____/s/_____
                                                                   DAVID J. WARD
5                                                                  Trial Attorney
6
7       Upon application of the United States, and good cause appearing therefore, IT IS HEREBY
8  ORDERED that the following documents be sealed:  the attachments to the Declaration of David
9  Ward filed in support of the Government's Opposition to the Defendants' Motion for Modification
10 of Conditions of Release.
11
12
13 DATED:   March ____, 2010
14
15
16
17                                                                 _____
                                                                   HONORABLE EDWARD M. CHEN
18                                                                 United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

*MOTION TO SEAL AND [PROPOSED]*
*ORDER* [CR 07-0765 MHP (EMC)]           -2-