Jonathan R. Howden (SBN: 97022)
jhowden@winston.com
Eva C. Chan (SBN: 233289)
echan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Defendants
MENDEL BEKER AND NEWCON INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MENDEL BEKER, ARIE PRILIK and NEWCON INTERNATIONAL LTD., <br><br> Defendant. | Case No. CR 07 0765 MHP (EMC) <br><br> **DEFENDANT MICHAEL BEKER'S OPPOSITION TO GOVERNMENT'S MOTION TO FILE ATTACHEMNTS UNDER SEAL** |

The government seeks an order sealing the attachments to the Government's Opposition to the Defendants' Motion for Modification of Conditions of Release.  Defendant Michael Beker opposes the motion because none of the attachments are confidential or grand jury material within the meaning of Stipulated Protective Order cited by the government.  Exhibits A, D and E are letters from counsel to the government.  Exhibit B is information that Newcon voluntarily provided to the military and is not proprietary or confidential.  Exhibit C is a page from a public web site.  Exhibit F consists of translated transcripts of recorded Russian language conversations that may be evidence in this case but do not constitute "matters occurring before the grand jury" and therefore are not covered by the terms of Rule 6(e), F.R.Crim.P., and do not fall within the ambit of that rule.  Exhibit

G is comprised of prices for equipment supplied to the government pursuant to two separate contracts. They contain no secret or proprietary information. Accordingly, there is no need to file the attachments under seal.

Dated: March 17, 2010                                  Respectfully submitted,

                                                                         /s/
                                        JONATHAN R. HOWDEN
                                        Attorney for Defendant
                                        Michael Beker

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802