UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MENDEL BEKER, et al.,<br><br>          Defendants.<br>_____/ | No. CR07-0765 MHP<br><br>**ORDER UNSEALING EXHIBIT F TO DECLARATION OF DAVID J. WARD** |

       On April 5, 2010, Judge Marilyn Hall Patel entered an order sealing Exhibits D through G to the Declaration of David J. Ward filed in support of the Government's opposition to the Defendants' Motion for Modification of Conditions of Release. On May 19, 2010, Magistrate Judge Edward M. Chen held a hearing on Government's Motion to Seal Exhibit F and ordered parties to meet and confer and to submit cross briefs to this Court by June 2, 2010. On June 2, 2010, Defendants filed their brief, and Government filed a Withdrawal of it's Motion to Seal Exhibit F.

       Based on Government's Withdrawal of it's Motion to Seal Exhibit F, IT IS HEREBY ORDERED that Exhibit F shall be unsealed from the court file.

       IT IS SO ORDERED.

Dated: June 4, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge