JEANE HAMILTON (CA State Bar No. 157834)
DAVID J. WARD (CA State Bar No. 239504)
RICHARD B. COHEN (CA State Bar No. 79601)
ANNA TRYON PLETCHER (CA State Bar No. 239730)

Department of Justice, Antitrust Division
450 Golden Gate Avenue, Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: jeane.hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDEL BEKER,<br>    a.k.a. Mikhail Lvovich,<br>    a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.,<br><br>    Defendants. | No. CR 07-0765 MHP<br><br>**UNITED STATES' EXHIBIT LIST**<br><br>Trial Date:    November 10, 2010, 8:30 a.m.<br>Pretrial Date:  October 28, 2010, 2:30 p.m.<br>Court:         Honorable Marilyn Hall Patel |

    The United States hereby provides notice of its intent to offer into evidence or to use the following exhibits at trial in the above-captioned case. Some exhibits will be used to refresh recollection or as past recollection recorded, or for other purposes. If defendants object to the admissibility of an exhibit proffered by the United States, the government reserves the right to call additional witnesses not listed on its witness list to establish the authenticity and admissibility of such evidence.

    The United States' Exhibit List does not currently identify as exhibits any transcripts of the twelve audio recordings between the defendants and a witness cooperating with the United States. The parties are still negotiating the accuracy of the English translations of the Russian

*United States' Exhibit List*
07-0765 MHP

portions of the conversations. Once resolved, the United States will file an amended Exhibit List. The United States reserves the right to further amend the list prior to and during trial as necessary.

DATED: October 20, 2010

                  /s/
JEANE HAMILTON
DAVID J. WARD
RICHARD B. COHEN
ANNA TRYON PLETCHER
Trial Attorneys
Department of Justice, Antitrust Division

# United States' Exhibit List
## United States v. Mendel Beker, Arie Prilik and Newcon International
## CR 07-0765 MHP

(X) PLAINTIFF          ( ) DEFENDANTS

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1 | | | 1006 Summary Chart of Wire Transmissions, Bates DOJ-NVG-080 thru DOJ-NVG-084 |
| 2 | | | ATN banking information transmitted to Newcon, Bates FBI-029 |
| 3 | | | ATN fax machine receipt confirming 2 pages faxed to 416/663-9065 on September 1, 2005, Bates FBI-031 |
| 4 | | | ATN invoice to Newcon charging $50,000 for a "loan," Bates FBI-027 |
| 5 | | | ATN subcontract with ITE, Bates ATN-0035 thru ATN-0056 |
| 6 | | | Bank of Nova Scotia records of $50,000 wire transfer from Newcon Account to ATN account with Custodian of Records Declaration, Bates CAN-80 thru CAN-87 |
| 7 | | | Barnes & Thornburg letter, dated August 19, 2005, re: "Background Information on Request to Set Prices To Maximize Profits and Control the Market" addressed to FBI, Bates ATN-0057 thru ATN-0060 |
| 8 | | | Barskova - Glossary, Bates BARSK-0003 |
| 9 | | | Barskova - Letter of recommendation, Bates BARSK-0002 |
| 10 | | | Barskova - Resume, Bates BARSK-0001 |
| 11 | | | Bell Canada telephone records for Newcon (August and September 2005), Bates CAN-103 thru CAN-115; specifically: 108, 109, 111, 112, 114 and Custodian of Records Declaration at CAN-88 |
| 12 | | | Bell Canada telephone records for Newcon (July and August 2005); Bates CAN-88 thru CAN-102; specifically 99 and 100 and Custodian of Records Declaration at CAN-88 |
| 13 | | | Bell Canada telephone records for Newcon (September and October 2005); Bates CAN-116 thru CAN-129; specifically: 117, 119, 123, 124, 126, 127, 128, 129 and Custodian of Records Declaration at CAN-88 |

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 14 | | | Email from ITE to Rocklin, dated August 17, 2005, beginning "Dima, We have been contacted by your competition . . ." Bates ATN0034 |
| 15 | | | FBI - $50,000 deposited into trust account, Bates FBI-076 thru FBI-077 |
| 16 | | | FBI - Recording 01 - Summary debrief with Rocklin, Bates FBI-007 thru FBI-009 |
| 17 | | | FBI - Recording 02 - Summary debrief with Rocklin, Bates FBI-010 |
| 18 | | | FBI - Recording 03 - Summary debrief with Rocklin, Bates FBI-011 |
| 19 | | | FBI - Recording 04 - Summary debrief with Rocklin, Bates FBI-012 thru FBI-013 |
| 20 | | | FBI - Recording 05 - Summary debrief with Rocklin, Bates FBI-014 thru FBI-018 |
| 21 | | | FBI - Recording 06 - Summary debrief with Rocklin, Bates FBI-019 thru FBI-021 |
| 22 | | | FBI - Recording 07 - Summary debrief with Rocklin (no recording), Bates FBI-022 |
| 23 | | | FBI - Recording 08 - Summary debrief with Rocklin, Bates FBI-032 thru FBI-033 |
| 24 | | | FBI - Recording 09 - Summary debrief with Rocklin, Bates FBI-034 |
| 25 | | | FBI - Recording 10 - Summary debrief of Rocklin, Bates FBI-048 thru FBI-050 |
| 26 | | | FBI - Recording 11 - Summary debrief of Rocklin, Bates FBI-051 thru FBI-053 |
| 27 | | | FBI - Recording 13 - Summary debrief of Rocklin, Bates FBI-055 thru FBI-056 |
| 28 | | | FBI - Recording 14 - Summary debrief of Rocklin, Bates FBI-057 thru FBI-058 |
| 29 | | | FBI audio of conversation #01 between Rocklin and Prilik, dated August 26, 2005, Bates FBI-RUS-0001 |
| 30 | | | FBI audio of conversation #02 between Rocklin and Prilik, dated dated August 26, 2005, Bates FBI-RUS-0002 |
| 31 | | | FBI audio of conversation #03 between Rocklin and Prilik, dated August 29, 2005, Bates FBI-RUS-0003 |
| 32 | | | FBI audio of conversation #04 between Rocklin and Prilik, dated August 29, 2005, Bates FBI-RUS-0004 |

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 33 | | | FBI audio of conversation #05 between Rocklin and Prilik, then Rocklin and Beker, dated August 30, 2005, Bates FBI-RUS-0005 |
| 34 | | | FBI audio of conversation #06 between Rocklin and Prilik, then Rocklin and Beker, dated September 1, 2005, Bates FBI-RUS-0006 |
| 35 | | | FBI audio of conversation #08 between Rocklin and Beker, dated September 2, 2005, Bates FBI-RUS-0008 |
| 36 | | | FBI audio of conversation #09 between Rocklin and Beker, dated September 2, 2005, Bates FBI-RUS-0009 |
| 37 | | | FBI audio of conversation #10 between Rocklin and Beker, dated September 7, 2005, Bates FBI-RUS-0010 |
| 38 | | | FBI audio of conversation #11 between Rocklin and Beker, dated September 8, 2005, Bates FBI-RUS-0011 |
| 39 | | | FBI audio of conversation #13 between Rocklin and Prilik, dated September 20, 2005, Bates FBI-RUS-0013 |
| 40 | | | FBI audio of conversation #14 between Rocklin and Beker, dated October 4, 2005, Bates FBI-RUS-0014 |
| 41 | | | FBI Chain of Custody for recordings, Bates FBI-080 thru FBI-098 |
| 42 | | | FBI Report, dated November 21, 2005, documenting collection of $50,000 from Union Bank of California, Bates FBI-062 thru FBI-063 |
| 43 | | | FBI Report, dated November 28, 2005, of Newcon demand letter sent to ATN, Bates FBI-064 thru FBI-067 |
| 44 | | | FBI Report, dated September 15, 2005, describing ATN documents faxed to Newcon on September 1, 2005, Bates FBI-023 thru FBI-026 |
| 45 | | | FBI Report, dated September 15, 2005, of Newcon documents (proposed agreement and draft letter from Russian Customs) faxed to ATN by Beker, Bates FBI-035 thru FBI-036 |
| 46 | | | FBI Rocklin Interview (August 24, 2005), Bates FBI-001 thru FBI-006 |

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 47 | | | Newcon - September 1, 2005 email chain from Rocklin to Beker and Beker's response to Rocklin re: "Loan and banking info for a wire," Bates FBI-047 |
| 48 | | | Newcon Civil Complaint against ATN, filed Feb. 7, 2006, Bates CIVI-0001 thru CIVI-0038 |
| 49 | | | Newcon Corp Papers, Bates NC-1 thru NC-5 |
| 50 | | | Newcon Corp Papers, Bates NC-6 thru NC-18 |
| 51 | | | Newcon email and attachments to ATN, dated September 2, 2005, containing (1) email, Bates FBI-038; (2) Proposed agreement between ATN & Newcon, Bates FBI-040 thru FBI-041; and (3) letter beginning, "This letter is to advice that our office is currently evaluating . . ." Bates FBI-043 |
| 52 | | | Newcon letter to ATN, dated November 8, 2005, beginning, "The primary purpose of this letter is to inform you . . ." Bates FBI-068 thru FBI-074 |
| 53 | | | Qwest telephone records of ATN account (August and September 2005), Bates QWE-079 thru QWE-115; specifically 79, 81, 84, 85, 86, 87, 88, 89 and Custodian of Records Declaration at QWE-006 thru QWE-0007 |
| 54 | | | Qwest telephone records of ATN account (July and August 2005), Bates QWE-041 thru QWE-078; specifically: 46, 50, 52 and Custodian of Records Declaration at QWE-006 thru QWE-0007 |
| 55 | | | Qwest telephone records of ATN account (September and October 2005), Bates QWE-116 thru QWE-155; specifically 119 and Custodian of Records Declaration at QWE-006 thru QWE-0007 |
| 56 | | | Rocklin Interview (dated December 12, 2007), Bates DOJ-NVG-058 thru DOJ-NVG-061 |
| 57 | | | Rocklin Interview (dated January 22, 2008), Bates DOJ-NVG-001 thru DOJ-NVG-057 |
| 58 | | | Rocklin Interview (dated July 1, 2010), Bates DOJ-NVG-067 thru DOJ-NVG-079 |
| 59 | | | Rogers Communication telephone records of Newcon account (August to October 2005), Bates CAN-26 thru CAN-73; specifically 49 and 58 and Custodian of Records Declaration at CAN-26 |

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 60 | | | Rogers Communications telephone records of Newcon account, dated September 20, 2005, Bates CAN-1 thru CAN-5 |
| 61 | | | TACOM - Agent report of September 9, 2005 recording of conversation between Prilik and McAleer, Bates CID-048 |
| 62 | | | TACOM - Battalion Set I Contract, Bates TACOM-376 - TACOM-470 |
| 63 | | | TACOM - Battalion Set II Contract amendment #1 to order #1, Bates TACOM-926 thru TACOM-933 |
| 64 | | | TACOM - Battalion Set II Contract order submitted by McAleer, Bates CID-021 |
| 65 | | | TACOM - Battalion Set II Contract with ITE, Bates TACOM-11523 thru TACOM-11613 |
| 66 | | | TACOM - Battalion Set II Contract, Bates TACOM-853 thru TACOM-911 |
| 67 | | | TACOM - Battalion Set II Contract, Order #1, Bates TACOM-912 thru TACOM-925 |
| 68 | | | TACOM - Battalion Set II Contract, signed by ITE with NVG contract delivery order NVG contract delivery order; Bates CID-032 thru CID-034 |
| 69 | | | TACOM - Battalion Set II Contract: description of products, Bates TACOM-1153 thru TACOM-1164 |
| 70 | | | TACOM - Battalion Set II NVG Contract delivery order for ITE, Bates CID-035 |
| 71 | | | TACOM - Battalion Set II NVG Contract delivery order for ITE, Bates CID-036 thru CID-037 |
| 72 | | | TACOM - Battalion Set II NVG Delivery schedule, Bates CID-039 |
| 73 | | | TACOM - Battalion Set II Shipments of NVGs under ITE contract, Bates CID-082 thru CID-083 |
| 74 | | | TACOM - Battalion Set II Solicitation W56HZV-05-R-0080, Bates TACOM-112 thru TACOM-198 |
| 75 | | | TACOM - McAleer email, dated November 30, 2005, beginning with "Please excuse the format spacing in my message . . ." Bates TACOM-012 thru TACOM-030 |
| 76 | | | TACOM - McAleer Interview, dated 11/15/07, Bates CID-014 |
| 77 | | | TACOM - McAleer Interview, dated 3/2/10, Bates CID-135 thru CID-138 |

07-0765 MHP                                                    5

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 78 | | | TACOM - McAleer Interview, dated 3/6/07, Bates CID-003 thru CID-005 |
| 79 | | | TACOM - McAleer Interview, dated 9/23/05, Bates CID-139 thru CID-140 |
| 80 | | | TACOM - McAleer notes of message he left for Prilik on September 21, 2005, Bates TACOM-1171B thru TACOM-1172 |
| 81 | | | TACOM - McAleer notes of telephone call between ITE and McAleer, dated November 7, 2005, Bates TACOM-1177 thru TACOM-1178 |
| 82 | | | TACOM - McAleer notes of telephone call between Prilik and McAleer, dated May 31, 2006, Bates TACOM-1183 thru TACOM-1184 |
| 83 | | | TACOM - McAleer notes of telephone call between Prilik and McAleer, dated November 17, 2005, Bates TACOM-1180 thru TACOM-1182 |
| 84 | | | TACOM - McAleer notes of telephone call between Prilik and McAleer, dated October 19, 2005, Bates TACOM-1176 |
| 85 | | | TACOM - McAleer notes of telephone call between Prilik and McAleer, dated September 22, 2005, Bates TACOM-1174 thru TACOM-1175 |
| 86 | | | TACOM - McAleer notes of telephone call with Prilik and McAleer, dated September 9, 2005, Bates TACOM-1170 thru TACOM-1171 |
| 87 | | | TACOM - McAleer notes of timeline of events, Bates TACOM-1185 thru TACOM-1186 |
| 88 | | | TACOM - McAleer notes of voicemail left by Prilik on Spetember 8, 2005, Bates TACOM-1169 |
| 89 | | | TACOM - McAleer summary of Battalion Sets I & II contract histories, Bates TACOM-MCALEER-014028 thru TACOM-MCALEER-014030 |
| 90 | | | TACOM - Phone message slip: Prilik call to TACOM's Harry Hallock, dated September 21, 2005, Bates TACOM-1173 |
| 91 | | | TACOM - Phone message slip: Prilik call to TACOM's Ken Bousquet, dated November 17, 2005, Bates TACOM-1179 |
| 92 | | | TACOM - Record of phone call from Prilik to TACOM's Kenneth Bousquet, dated October 5, 2005, Bates CID-058 |

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 93 | | | TACOM - Tape 12 - audio of conversation between McAleer and Prilik, dated Spetember 9, 2005, Bates FBI-ENG-0012 |
| 94 | | | TACOM - Tape 12 - Declaration of James A. McEdwards, Bates CID-142 thru CID-144 |
| 95 | | | TACOM - telephone record of calls from TACOM to Newcon (dated August 16, 2005, September 9, 2005, September 22, 2005 and October 17, 2005), Bates TACOM-1197 |
| 96 | | | TACOM - Telephone record of McAleer calls to Prilik, dated September 9, 2005 and September 22, 2005, Bates TACOM-199 (Custodian of Records Declaration at TACOM-1152) |
| 97 | | | TACOM - Transcript of Audio Conversation #12 between McAleer and Prilik, dated September 9, 2005, Bates CID-FIN-145 thru CID-FIN-156 |
| 98 | | | Union Bank of California receipt documenting FBI collected $50,000 on November 21, 2005, Bates FBI-075 |
| 99 | | | Union Bank of California record of $50,000 wire transfer and Custodian of Records Declaration, Bates UBOC-1 thru UBOC-2 |