**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**UPDATED CRIMINAL JURY TRIAL MINUTES**

Date: January 26, 2011

Case No.   CR 07-0765  MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- MENDEL BEKER (b); ARIE PRILIK (b);
           NEWCON INTERNATIONAL

Attorneys:    Plf: Jeane Hamilton, David Ward, Richard Cohen, Anna Pletcher
              Dft: William Osterhoudt, Jonathan Howden, Frank Moore, Martha Boersch

Deputy Clerk:  Anthony Bowser   Court Reporter: Lydia Zinn, Debra Pas

**PROCEEDINGS**

1)  Jury Trial, Day 10

**ORDERED AFTER HEARING:**

08:30   Court resumes in presence of jurors;
        Defendant calls Geoffrey Bean for direct exam by attorney Moore;

09:40   Direct Exam of witness Bean by attorney Howden;

09:41   Cross exam of witness Bean by attorney Pletcher;
        Witness excused;

10:00   Jurors recessed to 8:30 am on 1/27/2011;
        Remaining witness list given;

10:05   Morning Recess;

10:55   Court resumes outside presence of jurors with continued discussion of Rule 29 by
        attorneys Boersch and Pletcher;
        Final Jury Instructions discussed and resolved.

01:00   Court in recess to 8:30 a.m. on 1/27/2011.

04:00   Court resumes with continued discussion of Rule 29 motion;
        Court to grant Rule 29 motion pending further ruling;
        Supplemental Briefing to be submitted by 2/2/2011;
        Jurors subject to all prior Jury Instructions subject to further notification.

05:07   Court in recess.