1  JEANE HAMILTON (CA State Bar No. 157834)
   DAVID J. WARD (CA State Bar No. 239504)
2  RICHARD B. COHEN (CA State Bar No. 79601)
   ANNA TRYON PLETCHER (CA State Bar No. 239730)
3
4      Department of Justice, Antitrust Division
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6660
       Facsimile: (415) 436-6687
6      E-Mail: Jeane.Hamilton@usdoj.gov

7  Attorneys for the United States

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA, | ) | Case No. CR 07-0765 MHP
   |                            | ) |
13 |       Plaintiff,            | ) |
   |                            | ) |
14 |       v.                   | ) | **UNITED STATES' MOTION
   |                            | ) | AND [PROPOSED] ORDER
15 | MENDEL BEKER,              | ) | FOR LIMITED DISCLOSURE OF
   |   a.k.a. Mikhail Lvovich,  | ) | GRAND JURY MATERIALS**
16 |   a.k.a. Michael Beker,    | ) |
   | ARIE PRILIK and            | ) |
17 | NEWCON INTERNATIONAL LTD.  | ) |
   |                            | ) |
18 |       Defendants.           | ) |

19     On February 25, 2010, this Court signed an Order Granting Limited Disclosure and
20 Protection of Grand Jury Materials in <u>United States v. Mendel Beker, et. al.</u> (CR 07-0765
21 MHP) (Docket #26). The government therefore respectfully moves this Court, pursuant to
22 FED.R.CRIM.P. 6(e)(3)(E)(i), to modify this Court's February 25, 2010 Order Granting
23 Limited Disclosure and Protection of Grand Jury Materials to allow the government to
24 disclose, pursuant to the terms and protections of that Order, the Reporter's Transcript of
25 Proceedings for colloquy before Grand Jury 07-2 on December 4, 2007.
26 Dated: February 1, 2011                          Respectfully submitted,
27
                                                    /s/
28                                                  JEANE HAMILTON

Order disclosing GJ Materials - CR 07-0765 MHP

1
2   Upon application of the United States, and good cause appearing therefore, it is
3  HEREBY ORDERED that this Court's February 25, 2010 Order Granting Limited
4  Disclosure and Protection of Grand Jury Materials be modified to allow the government to
5  disclose to defendants the Reporter's Transcript of Proceedings for colloquy before Grand
6  Jury 07-2 on December 4, 2007, pursuant to the terms and protections of the Court's
   February 25, 2010 Order.
7
   DATED:   February __2__, 2011
8
9
10
11
12                                  
                                    HON. MARILYN H. PATEL
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order disclosing GJ Materials - CR 07-0765 MHP