UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MENDEL BEKER,<br>  a.k.a. Mikhail Lvovich,<br>  a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.,<br><br>    Defendants. | Case No. CR 07-0765 MHP<br><br>**[PROPOSED] ORDER TO RETURN SEIZED $50,000 AND INTEREST TO MENDEL BEKER; CERTIFICATE OF REASONABLE CAUSE** |

Good Cause having been shown, the Court Orders the following:

1. This matter having come before this Court on the motion of Mendel Beker and Newcon International Ltd. for the return of seized $50,000 and interest. NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the United States return $50,000 and payment of interest totaling no less than $6,096.11 to Claimants.

2. This matter having come before this Court on the motion of the United States for the issuance of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465(a)(2), which provides that such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest, and it appearing to the Court that

*Order; Certificate of Reasonable Cause*
07-0765 MHP

1  there was reasonable cause for the seizure of the defendant *in rem* $50,000;

2  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

3  pursuant to 28 U.S.C. § 2465(a)(2), neither the person who made the seizure or arrest nor the

4  prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall the

5  claimant be entitled to costs, except as provided in 28 U.S.C. § 2465(b).

6  Dated: _____, 2011

7  SO ORDERED:

9  _____
   Hon. Marilyn Hall Patel
   United States District Judge

*Order; Certificate of Reasonable Cause*
07-0765 MHP                    -2-