**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: April 18, 2011

Case No.   CR 07-0765  MHP             Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- MENDEL BEKER (b); ARIE PRILIK (b);
             NEWCON INTERNATIONAL

Attorneys:   Plf: Gene Hamilton
             Dft: Martha Boersch

Deputy Clerk: Anthony Bowser   Court Reporter: Sahar Bartlett

**PROCEEDINGS**

1)   Defendants' Motion for Return of Funds

2)

3)

**ORDERED AFTER HEARING:**

Defendants not present in court; Counsel agree upon motion and calculations; Order to issue.


Time: 5 minutes